EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Estanis Barrenechea Martínez | 2016 TSPR 34<br><br>194 DPR ____ |

Número del Caso: TS-16,717

Fecha: 26 de febrero de 2016

Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila de Jesús
      Director

Materia: Conducta Profesional – La suspensión de la notaría será efectiva el 23 de marzo de 2016, fecha en que se le notificó al abogado de su suspensión inmediata

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Estanis Barrenechea Martínez          TS-16,717

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de febrero de 2016

Examinada la *Moción Notificando Incumplimiento de Orden* presentada por el Director de la Oficina de Inspección de Notarías (ODIN), Lcdo. Manuel E. Ávila de Jesús, y toda vez que la parte querellada, Lcdo. Estanis Barrenechea Martínez, no ha dado cumplimiento a la Resolución de 29 de mayo de 2015, se provee ha lugar como se pide por la ODIN.

Se ordena la suspensión inmediata del licenciado Barrenechea Martínez del ejercicio de notaría y se ordena al Alguacil de este Tribunal incautar inmediatamente el sello y la obra notarial bajo la custodia del licenciado Barrenechea Martínez y entregar los mismos al Lcdo. Manuel E. Ávila de Jesús, Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo